Of course this was a substantial issue which defendant' was entitled to have tried in the ordinary manner and which should not have been disposed of by a summary judgment. (*Gravenhorst* v. *Zimmerman*, 236 N. Y. 22, 38, 39; *General Investment Co.* v. *Interborough Rap. Trans. Co.*, 235 N. Y. 133.)

The judgments should be reversed, with costs in all courts, and the motion for summary judgment denied, with costs.

Hiscock, Ch. J., Cardozo, McLaughlin, Crane Andrews and Lehman, JJ., concur; Pound, J., absent.

Judgments reversed, etc.

---

In the Matter of the Application of Esther H. Salzberg, Respondent,. for Payment of an Award Made in the Matter of Acquiring Title to Cooper Avenue and Central Avenue in the Borough of Queens, City of New York.

The Comptroller of the City of New York et al., Appellants; Title Guarantee and Trust Company, Respondent.

*Tax — street opening proceeding — payment of award — title of claimant derived through tax sale — unpaid taxes for years prior to those for which property was sold not a lien on property.*

*Matter of Salzberg*, 212 App. Div. 44, affirmed.

(Submitted May 4, 1925; decided June 2, 1925.)

Appeal, by permission, from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 5, 1924, which unanimously affirmed an order of Special Term directing the comptroller of the city of New York to pay to the petitioner an award made in street opening proceedings. The question was whether unpaid taxes for the years 1891 to 1897, both inclusive, were valid and enforcible liens on the property in question, notwithstanding the transfer and the foreclosure of a tax lien for unpaid taxes on the same property for the years 1899 to 1910, both inclusive, through which claimant derived her title.

*George P. Nicholson, Corporation Counsel (Joel J. Squier, Joseph G. Matthews* and *Charles E. Clarke* of counsel), for appellants.

*Hyman Rubin, Arthur P. Hilton* and *Clarence C. Ferris* for respondent.

Order affirmed, with costs, on opinion of Young, J., below.

Concur: Hiscock, Ch. J., Cardozo, McLaughlin, Crane, Andrews and Lehman, JJ. Absent: Pound, J.

---

Anthony Niesen, Appellant, *v.* Charles Galewski, Respondent.

*Commissions — action by broker against prospective customer to recover commissions he would have received from owner had sale been consummated.*

*Niesen* v. *Galewski,* 211 App. Div. 858, affirmed.

(Argued May 5, 1925; decided June 2, 1925.)

Appeal from a judgment, entered December 19, 1924, upon an order of the Appellate Division of the Supreme Court in the second judicial department, reversing a judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint. The action was brought by a broker against a prospective purchaser of real estate to recover commissions which the broker would have received from the owner had the customer purchased the premises and executed a formal contract of purchase and acquired title in accordance therewith.

*Francis X. Carmody, Joseph H. Kutner* and *Kenneth C. Newman* for appellant.

*Jacob Landy* and *Joseph E. Greenberg* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Hiscock, Ch. J., Cardozo, McLaughlin, Crane, Andrews and Lehman, JJ. Absent: Pound, J.